# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>THE EQUIVALENT VALUE OF USDT, OR TETHER, AS CURRENTLY ASSOCIATED WITH TETHER WALLET ADDRESS ENDING IN diem, TETHER WALLET ADDRESS ENDING IN pe7s, and TETHER WALLET ADDRESS ENDING IN nTmn,<br><br>*Defendants*, | No.: 3:25-cv-01384-VAB |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Intervenor, Workman Co., Limited, a nongovernmental corporate party makes the following disclosures pursuant to Federal Rules of Civil Procedure Rule 7.1:

1. No parent corporation owns 10% or more of the stock of Workman Co., Limited. No publicly held corporation owns 10% or more of the stock of Workman Co., Limited.

Dated: November 6, 2025

Respectfully,

**J. Zhang and Associates, P.C.**
*Attorney for Proposed Intervenor*
*Workman Co., Limited*

*/s/ Jiyuan Zhang*
Jiyuan Zhang, Esq (pro hac vice)
37-12 Prince Street, Ste 9C
Flushing, NY 11354
T: 718-701-5098
contact@jzhanglaws.com