## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff*, | No. 3:25-cv-1384 (VAB) |
| v. | |
| THE EQUIVALENT VALUE OF USDT, OR<br>TETHER, AS CURRENTLY ASSOCIATED<br>WITH TETHER WALLET ADDRESS<br>ENDING IN diem, TETHER WALLET<br>ADDRESS ENDING IN pe7s, and TETHER<br>WALLET ADDRESS ENDING IN nTmn,<br>    *Defendants*. | |
| [CLAIMANTS: TETHER; WORKMAN<br>AND CO.] | December 11, 2025 |

REQUEST TO ENTER DEFAULT

To:  Clerk of the Court

Plaintiff, the United States of America, hereby requests that the Court enter a default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure against Claimant Tether as to all assets for the failure to file a claim, or answer, or otherwise defend in this action as provided for in Rule G(5)(a)(ii)(A) of the Supplemental Rules for Certain Admiralty and Maritime Claims. The United States of America is not seeking a default against Claimant Workman and Co., who have alleged an interest specifically in Defendant Tether Wallet Ending in nTmn.

1

Respectfully submitted,

DAVID X. SULLIVAN
UNITED STATES ATTORNEY


 /s/ David C. Nelson
DAVID C. NELSON
ASSISTANT U.S. ATTORNEY
ATTORNEY BAR # ct25640
157 CHURCH STREET
NEW HAVEN, CT  06510
TELEPHONE:  (203) 821-3700
FAX: (203) 773-5373
David.C.Nelson@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on December 11, 2025 a copy of foregoing Request for Entry of 55(a) Default was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties listed below by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ David C. Nelson*
DAVID C. NELSON
ASSISTANT U.S. ATTORNEY